UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA DACKIW,

    Plaintiff,

v.

Civil Case No. 20-11990
Honorable Linda V. Parker

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## OPINION AND ORDER

On July 26, 2020, Plaintiff filed this lawsuit challenging Defendant's final decision denying Plaintiff's application for social security benefits. On July 27, the matter was referred to a magistrate judge for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). It was subsequently reassigned to a different magistrate judge, the Honorable Kimberly G. Altman, and to the undersigned.

The parties filed cross-motions for summary judgment (ECF Nos. 11, 13), which Magistrate Judge Altman addressed in a Report and Recommendation ("R&R") issued on January 20, 2022 (ECF No. 15). In the R&R, Magistrate Judge

Altman recommends that the Court deny Plaintiff's motion and grant Defendant's motion. (ECF No. 15.) At the conclusion of the R&R, Magistrate Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id.* at Pg ID 840-41.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.* at Pg ID 840.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's decision denying Plaintiff social security benefits is **AFFIRMED**.

**IT IS SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: February 22, 2022